**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00592-CR**
_____


**IN RE CUONG VAN NGUYEN**

_____

**Original Proceeding**
_____

**MEMORANDUM OPINION**

Cuong Van Nguyen filed a petition for writ of mandamus to compel the trial court to issue a judgment nunc pro tunc crediting his sentence with time from the date of indictment to the date of sentencing. The trial court subsequently signed a judgment nunc pro tunc. Nunc pro tunc judgments are appealable orders. *See Blanton v. State*, 369 S.W.3d 894, 904 (Tex. Crim. App. 2012). Mandamus relief is not available to challenge an appealable order. *See Alvarez v. Eighth Court of Appeals of Tex.*, 977 S.W.2d 590, 592 (Tex. Crim. App. 1998). The petition for writ of mandamus is denied.

PETITION DENIED.

PER CURIAM

Submitted on February 15, 2013
Opinion Delivered March 27, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.